No. 09-1485. American Road & Transportation Builders Association, Petitioner v. Environmental Protection Agency, et al.

562 U.S. 836, 131 S. Ct. 388, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 6023.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 388 U.S. App. D.C. 435, 588 F.3d 1109.